UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:                                                            Case No. 19-83185-CRJ13
                                                                  Chapter 13

MICHAEL S. CAGLE
SSN: XXX-XX-6331
SHELLI CAGLE
SSN: XXX-XX-4494
                 Debtor(s)

## MOTION TO EXTEND AUTOMATIC STAY

       The debtor moves under 11 U.S.C. 362(c)(3)(B) to extend the automatic stay beyond 30 days and shows unto the Court as follows:

1. Previous case number 19-81529-CRJ13, filed May 16, 2019, dismissed July 17, 2019.

2. Basis of dismissal: failure to attend creditors' meeting and failure to continue chapter 13 payments.

3. The extension is sought as to all creditors.

4. Shortly after the Debtors' filing, Mr. Cagle was informed that his sister and her daughter were seriously injured in an automobile accident in Texas. Both Debtors went to Texas to help care for the injured parties. As a result, the Debtors had no income with which to make payments and were unable to return to Alabama for their creditors' meeting. The case was subsequently dismissed.

5. Mr. Cagle's relatives have recovered, the Debtors have returned to Alabama and do not foresee needing to return to Texas. Mrs. Cagle has resumed employment and should have sufficient funds with which to afford the parties' Chapter 13 payments. They will attend all necessary meetings and commence payments on time.

WHEREFORE, Debtors move the Court to extend the automatic stay pursuant to 11 U.S.C. 362(c)(3)(B)

/s/ Jack B. Sabatini
Jack B. Sabatini
Attorney for debtor(s)
108 South Side Square
Huntsville, AL 35801
(256) 534-4557
Fax (256) 534-7255
jsabatini@sabatinilaw.net

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by depositing a copy of same in the United States Mail, properly addressed and postage prepaid, this the 24th day of October, 2019:

Michele T. Hatcher
Chapter 13 trustee
P.O. Box 2388
Decatur, AL 35602

All creditors on clerk's certified matrix

/s/ Jack B. Sabatini
Jack B. Sabatini